USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re LEHMAN BROTHERS HOLDINGS INC.          **JUDGMENT**

------------------------------------------------------------X
MARVIN C. SCHWARTZ, et al.,
        Claimant-Appellants,          15 **CIVIL** 1302 (RJS)

    -v-

LEHMAN BROTHERS HOLDINGS INC.,
        Debtor-Appellee.
------------------------------------------------------------X
JENNIFER ADLER, et al.,
        Claimant-Appellants,          15 **CIVIL** 1326 (RJS)

    -v-

LEHMAN BROTHERS HOLDINGS INC.,
        Debtor-Appellee.
------------------------------------------------------------X
MADELYN ANTONCIC, et al.,
        Claimant-Appellants,          15 **CIVIL** 1368 (RJS)

    -v-

LEHMAN BROTHERS HOLDINGS INC.,
        Debtor-Appellee.
------------------------------------------------------------X
DONALD BOUGHRUM, et al.,
        Claimant-Appellants,          15 **CIVIL** 1376 (RJS)

    -v-

LEHMAN BROTHERS HOLDINGS INC.,
        Debtor-Appellee.
------------------------------------------------------------X


Case 1:15-cv-01326-RJS   Document 18   Filed 03/31/16   Page 2 of 3

------------------------------------------------------------X
ROCCO F. ANDRIOLA, et al.,
               Claimant-Appellants,               15 **CIVIL** 1407 (RJS)

    -v-

LEHMAN BROTHERS HOLDINGS INC.,
        Debtor-Appellee.
------------------------------------------------------------X
VIRGILIO CASPULE, et al.,
               Claimant-Appellants,               15 **CIVIL** 1431 (RJS)

    -v-

LEHMAN BROTHERS HOLDINGS INC.,
        Debtor-Appellee.
------------------------------------------------------------X
FABIO LIOTTI, et al.,
               Claimant-Appellants,               15 **CIVIL** 1700 (RJS)

    -v-

LEHMAN BROTHERS HOLDINGS INC.,
        Debtor-Appellee.
------------------------------------------------------------X

       Now before the Court are sever related appeals from a November 7, 2014 Order of the United States Bankruptcy Court (the "November 7 Order") sustaining the omnibus objections of the Debtor-Appellee, Lehman Brothers Holdings Inc. ("Lehman" or the "Firm"), to the claims filed by certain of its former employees ("Appellants") and reclassifying those claims as "equity interest" for distribution purposes, and the matter having come before the Honorable Richard J. Sullivan, United States District Judge, and the Court, on March 30, 2016, the Court finds that the Bankruptcy Court was correct In sustaining Lehman's omnibus objections to Appellants' claims in subordinating and reclassifying these claims as equity interest for distribution purposes under Lehman's Chapter 11 Plan; accordingly, the Court affirming the Bankruptcy Court's November 7 Order, and directing the Clerk of the Court to close the seven related appeals resolved by this Order, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 30, 2016, the Bankruptcy Court's November 7 Order is affirmed, and the seven related cases 15-cv-1302, 15-cv-1326, 15-cv-1368, 15-cv1376, 15-cv-1407, 15-cv-1431, and 15-cv1700 are closed.

**Dated:** New York, New York
March 31, 2016

RUBY J. KRAJICK
Clerk of Court
BY: _____
Deputy Clerk

**THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON** _____