UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., *et al*., | Case No. 08-13555 (SCC) |
| Debtors. | |

------------------------------------------------------------------x
JENNIFER ADLER, *et al.*,

                Claimants-Appellants

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., *et al*., | Case No. 15-cv-1326 (RJS) |
| Debtors-Appellees. | |

------------------------------------------------------------------x
VIRGILIO CASUPLE, *et al.*,

                Claimants-Appellants

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., *et al*., | Case No. 15-cv-1431 (RJS) |
| Debtors-Appellees. | |

------------------------------------------------------------------x
FABIO LIOTTI

                Claimant-Appellant

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., *et al*., | Case No. 15-cv-1700 (RJS) |
| Debtors-Appellees. | |

------------------------------------------------------------------x

## **NOTICE OF APPEAL**

      Notice is hereby given that Claimant-Appellants[1] appeal to the United States Court of

Appeals for the Second Circuit from the judgment entered by the District Court on March 31,

---

[1] Jennifer Adler, Ian Anderson, Jennifer Becker, Craig Benson, Paola Biraschi, Karen Brewer, William Broadbent, David Brooks, Guillemette Callies, Michael Collier, Patrick Cremin, Joseph D'Amadeo, Nestor De Jesus, John Dmuchowski, Steven Engel, Louise Goldberg, Anshuman Goyal, Michael Gran, Adrian Graves, Sandra Hahn-Colbert, Gregg Hawes, Nicholas Howard, Julian Iragorri, Harriet Chan King, Karen Krieger, Mary Langevin, Tal Lev Ari, Yeruchim Levilev, Sarah Lewis, Fabio Liotti, Patricia Luken, Lawrence McCarthy (Estate of), Michael McCully, Hugh McGee, Michael Mullen, Ian Neville, Helmut Olivier, Thomas O'Sullivan, Martin Patterson, Michael Petrucelli, Sandy Fleischman Richman, Barry Porter, Jack Rivkin, Alvaro Santodomingo-Martell, Amit,

1

2016 and the opinion and order entered March 30, 2016, including each and every part of the judgment and opinion and order.

Dated: New York, New York
April 26, 2016

STAMELL & SCHAGER, LLP

By: /s/ Richard J. Schager, Jr.
Richard J. Schager, Jr.
Andrew R. Goldenberg
555 Fifth Avenue, 14th Floor
New York, NY  10017
Tel.:  (212) 566-4047
Fax:  (212) 566-4061

*Counsel to Claimant-Appellants*

---

Sarkar, Christiane Schuster, Steven Schwab, Brian Seward, Ross Shapiro, Paul Shotton, Norman Siegel, Margaret Smith, Stephen Snelling, Gregg Somma, Andrea Sullivan, Milan Veleba, Pierluigi Volini, Peter Ward, Jeffrey Wecker, Colin Welch, Timothy Wilkinson and Judith Winchester.